# IN THE UNITED STATES
# COURT OF APPEALS FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| City of St. Louis *et al.*, | ) | |
| | ) | |
| Defendants/Appellants, | ) | Appeal No. 24-2689 |
| | ) | |
| v. | ) | |
| | ) | |
| Angelica Woods, | ) | |
| | ) | |
| Plaintiff/Appellee | ) | |

## APPELLANTS' MOTION
## FOR LEAVE TO FILE REPLY BRIEF OUT OF TIME

Appellants James Wilson and the City of St. Louis ("Appellants") respectfully request leave to file their Reply Brief out of time. In support, Appellants state:

1. The undersigned recently returned to City service as head of the City of St. Louis Law Department's Litigation Division after departing from City service in December of 2024.

2. The undersigned entered his appearance as counsel of record for Appellants on September 22, 2025.

3. All other counsel for Appellants have departed from City service for positions in private practice.

4. On October 17, 2025, this Court scheduled this case for oral argument on November 18, 2025 – 15 days from today.

5. Upon review of docket in this case, counsel noted that the deadline to file a reply brief passed on March 18, 2025, and no reply brief was filed.

6. On August 26, 2025, this Court decided *Thomas v. Marshall Pub. Sch.*,

152 F.4th 884 (8th Cir. 2025), which bears directly on issues raised and briefed by the parties in this case and is addressed in Appellants' Reply Brief.

7. In counsel's view, qualified immunity – which was repeatedly raised by Appellants at every necessary stage and briefed by the parties on appeal – should be dispositive of this appeal in favor of Appellants.

8. Counsel assessed that a reply brief limited to the issue of qualified immunity was appropriate and necessary – particularly in light of *Thomas v. Marshall Pub. Sch.*, 152 F.4th 884 (8th Cir. 2025) and its impact on the qualified immunity analysis.

9. The interests of justice and weigh heavily in favor of granting leave for Appellants to file their Reply Brief out of time because it will aid the Court in deciding the important issue of qualified immunity on the merits.

10. No party will be prejudiced by the granting of leave to file out of time for multiple reasons, including that Appellee briefed the issue of qualified immunity and will have adequate time to review and respond to the additional cases cited by Appellants, including *Thomas*, at oral argument. Moreover, any impact of filing a reply brief out of time is mitigated in that it is limited in substance to the single issue of qualified immunity.

11. Counsel for Appellants emailed Counsel for Appellee on the morning of November 1, 2025, to determine if Appellee had any objection to this motion. Counsel did not hear back, and so called and reached Appellee's

counsel by phone this afternoon.

12. Counsel for Appellee advised that he had not yet had the opportunity to review *Thomas* and was not yet prepared to take a position with respect to Appellants' Motion for Leave to File Out of Time. Counsel advised that, given the impending oral argument, Appellants intended to proceed with this motion and asked counsel for Appellee to advise of Appellee's position as soon as they are able.

13. For all these reasons, Appellants respectfully request that the Court to grant leave to file their Reply Brief out of time.[1]

---

[1] If the court were inclined to invite further briefing from Appellee on the issue of qualified immunity Appellants would have no objection.

WHEREFORE, Appellants respectfully leave to file their Reply Brief out of Time.

Respectfully submitted,

/s/ Andrew D. Wheaton
Andrew D. Wheaton #65269 MO
Deputy City Counselor
Attorney for Appellants
City Hall, Room 314,
St. Louis, MO 63103
314.622.3361
FAX: 314.622.4956
wheatona@stlouis-mo.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of November, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Andrew D. Wheaton*
Attorney for Appellants

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this Motion for Leave to File Reply Brief Out of Time complies with FED. R. APP. P. 27(d)(2)(A) in that it contains 725 words or less. I further certify that this motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6).

/s/ *Andrew D. Wheaton*
Attorney for Appellants